# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT MOORE and SANDRA MOORE,<br><br>      Plaintiffs,<br><br>v.<br><br>NOVASTAR MORTGAGE, INC., DEUTSCHE BANK NATIONAL TRUST COMPANY TRUSTEE OF NOVASTAR MORTGAGE FUNDING TRUST SERIES 2006-4, NOVASTAR MORTGAGE FUNDING TRUST SERIES 2006-4, MORTGAGE ELECTRONIC REGISTRATIONS SYSTEM, ABLITT LAW OFFICES, and SAXON MORTGAGE SERVICING, INC.,<br><br>      Defendants. | CIVIL ACTION NO: 11-10468 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiffs, Robert Moore and Sandra Moore, and the Defendants, Deutsche Bank National Trust Company, as Trustee for NovaStar Mortgage Funding Trust, Series 2006-4, Saxon Mortgage Services, Inc. and Mortgage Electronic Registration Systems, Inc., (hereinafter referred to as the "Parties"), pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), hereby stipulate to the dismissal of all claims and counterclaims in this action with prejudice and without costs or attorneys' fees and waiving all rights of appeal.

Respectfully submitted,

| | |
|---|---|
| The Plaintiffs,<br>**Robert and Sandra Moore,**<br>By their Attorney, | The Defendants,<br>**Deutsche Bank National Trust Company, As Trustee For Morgan Stanley ABS Capital I Inc. Trust 2007-HE3, Saxon Mortgage Services, Inc. and Mortgage Electronic Registration Systems, Inc.**<br>By their Attorneys |
| */s/ Richard Isacoff*<br>Richard Isacoff, BBO # 247760<br>Richard I. Isacoff, P.C.<br>100 North Street, Suite 405<br>Pittsfield, MA 01201<br>Tel: 413-443-8164<br>Fax: 413-443-8171 | */s/ Jennifer S. Bunce*<br>Maura K. McKelvey, BBO # 600760<br>Jennifer S. Bunce, BBO #663348<br>Hinshaw & Culbertson LLP<br>One International Place, 3rd Floor<br>Boston, MA 02110<br>Tel: 617-213-7000<br>Fax: 617-213-7001 |

## CERTIFICATE OF SERVICE

I, Jennifer S. Bunce, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 7, 2011.

*/s/ Jennifer S. Bunce*
Jennifer S. Bunce